M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

Malcolm Sanders )
Full name and prison name of )
Plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 1:09CV1045-ID
 )   (To be supplied by Clerk of U.S. District
Leary, Staff )   Court)
Moon, Staff )
Irwick, Staff )
Champion, Staff )
Andy Hughes (Sheriff) )
Keith Reed, Commander )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

2009 NOV 12 PM 12: 25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
RECEIVED

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☑ NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) Malcolm Sanders

Defendant(s) Andy S. Hughes, Sheriff
Keith Reed, Commander

2. Court (if federal court, name the district; if state court, name the county)

3. Docket number Civil Action no.: 1:09-CV-856-TMH
4. Name of judge to whom case was assigned Wallace Capel. Jr
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) It is still pending
6. Approximate date of filing lawsuit September 18, 2009
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Houston County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Houston County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS
1. Andy hughes, Sheriff    901 E. Main Dothan, 36301
2. Keith Reed, Commander   901 E. Main Dothan, 36301
3. Leary, Staff            901 E. Main Dothan, 36301
4. Moon, Staff             901 E. Main Dothan, 36301
5. Trawick, Staff          901 E. Main Dothan, 36301
6. Champion, Staff         901 E. Main Dothan, 36301

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 10-24-09

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Racial Discrimination

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

10/24/2009 During an emergency situation involving 3 cellmates 2 Black (Malcolm Sanders, Jonas Smith) 1 White (Danny Sanders) For mentioned staff Leary, Moon, Trawick, and Champion held us under exhausting sprinkler at gun point (tazers) while they withdraw Danny Sanders from cell and locked us in hazardous cell

(The sprinkler went off in my cell)

GROUND TWO: Civil Injustice

SUPPORTING FACTS: It's my constitutional right to be provided with hygiene necessities $ Tp. Tissue, shower slides, soap, toothpaste upon arrival until departure. Andy Hughes, Sheriff and Commander Reed, have total disregard for this right. They charge you for these items, they have indulgent packs which I was charged 2$ for. Those who can't obtain a 0$ balance are ineligible for Pack.

GROUND THREE: No Professionalism

SUPPORTING FACTS: Staff members Leary, Moon, Trawick, and Champion share an occupational obligation for ensuring the safety and well being of a prisoner. In my case me Malcom Sanders and Jonas Smith without prejudice. 10/24/2009 said staff allowed their personal feelings to govern their actions placing me Malcom Sanders and Jonas Smith health and safety in jeapordy. Had they tazed us while we were wet their unprofessional-ism could've proved deadly and cost us our lives.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

After Investigation If The Court Finds Negleccient Actions On Behalf Of Said "HCJ" Employees. I Ask That I Be Compensated For My Anguish, Stress, And Emotional Damage Brought On From Grounds 1-3 Amongst Unsaid Reasons I Didn't Have Space To Include. I'm Seeking 500,000 $ Thank You

Malcolm Sanders
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-6-09
(Date)

Malcolm Sanders
Signature of plaintiff(s)

Malcolm Sanders
59849 NS
901 E. Main St
Dothan AL, 36301

United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

Houston Co. Jail Inmate Mail